## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 9:20-CV-80026-XXXX

Plaintiff:
**DAVID POSCHMANN,**

vs.

Defendant:
**ANATNAL, INC.,**

For:
DREW M. LEVITT
4700 N.W. BOCA RATON BLVD
SUITE 302
BOCA RATON, FL 33431

Received by 24 HOUR PROCESS on the 9th day of January, 2020 at 3:53 pm to be served on **ANATNAL, INC. JOEL R. LAVENDER, REGISTERED AGENT, 507 SE 11TH COURT, FORT LAUDERDALE, FL 33316**.

I, Ira Smith, being duly sworn, depose and say that on the **10th day of January, 2020** at **9:46 am**, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **KEBISHA WHITE** as **RECEPTIONIST AUTHORIZED TO ACCEPT** for **ANATNAL, INC.**, at the address of: **507 SE 11TH COURT, FORT LAUDERDALE, FL 33316**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 35, Sex: F, Race/Skin Color: Black, Height: 5'8", Weight: 175, Hair: Black, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server, in good standing, in the judicial circuit in which the process was served and have proper authority in the jurisdiction in which this service was made. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true, to the best of my knowledge and belief F.S. 92.525 Verification of documents.

Subscribed and Sworn to before me on the 13 day of January 2020 by the affiant who is personally known to me.

NOTARY PUBLIC

LYNN REICH
Notary Public - State of Florida
Commission # GG 255266
My Comm. Expires Sep 4, 2022
Bonded through National Notary Assn.

**Ira Smith**
SPS #1569

**24 HOUR PROCESS**
6742 Forest Hill Blvd
#300
West Palm Beach, FL 33413
(561) 705-2378

Our Job Serial Number: JEG-2020000032
Ref: ANATNAL, INC.

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1g

